1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Janice Getty and Karolyn Getty, | Case No.: 2:10-cv-02102-WBS-GGH |
| Plaintiffs, | **ORDER** |
| vs. | |
| Nelson & Kennard; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  December 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE